IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02514-RPM

DONNA BURKHEAD f/k/a DONNA FAHRENKRUG,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

     Defendant.

_____

### ORDER DISMISSING CIGNA CORPORATION AS A PARTY
_____

     After review of the Unopposed Motion to Dismiss CIGNA Corporation as a party, filed November 4, 2010 [6], it is

     ORDERED that the motion is granted and defendant CIGNA Corporation is dismissed without prejudice and defendant Life Insurance Company of North America (LINA) is the named defendant in this case.

     DATED:   November 8th , 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge