## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                 March 29, 2011
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

___

Civil Action No. 10-cv-02514-RPM

DONNA BURKHEAD,                                                Kenneth J. Shakeshaft
f/k/a Donna Fahrenkrug,

    Plaintiff,

v.

CIGNA CORPORATION,                                             Jack M. Englert, Jr.

    Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion to Amend Complaint**

**2:05 p.m.        Court in session.**

Discussion regarding differences in benefits (group / conversion) policies, claims file (STD /LTD), standard for review (arbitrary and capricious / de novo) and discovery.

Counsel agree to proceed under ERISA and with written discovery.
Counsel state both claims files have been disclosed.

Court instructs counsel to attach applicable portions of the claims files / administrative record as attachments to their filed briefs and that confidential materials may be filed under seal pursuant to Local Rule 7.2 (redacted version for public).

**ORDERED:   Motion to Amend Complaint, filed February 23, 2011 [12], is withdrawn.**

             **Counsel to submit a proposed case management (scheduling) order indicating written discovery and briefing deadlines.**

Court states its orders of reference to magistrate judge for settlement practice (joint motion).

**2:21 p.m.        Court in recess.**

Hearing concluded.  Total time: 16 min.