# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02514-RPM

DONNA BURKHEAD f/k/a DONNA FAHRENKRUG,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

## JOINT ERISA SCHEDULING ORDER

---

Pursuant to the Court's courtroom minutes from the March 29, 2011 motions hearing (Doc. 15), plaintiff Donna Burkhead ("Burkhead") and defendant Life Insurance Company of North America ("LINA"), submit the following joint ERISA scheduling order:

May 2, 2011 – Burkhead submits written discovery requests;

September 12, 2011 – Burkhead's opening brief;

October 10, 2011 – LINA's response brief;

October 25, 2011 – Burkhead's reply brief.

DATED this 31st day of March, 2011.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                United States Senior District Judge Richard P. Matsch

ERISA SCHEDULING ORDER REVIEWED:

*s/Kenneth J. Shakeshaft*
Kenneth J. Shakeshaft, Esq.
SHAKESHAFT LAW FIRM
1530 South Tejon Street
Colorado Springs, CO 80906-2214
Email: office@shakeshaftlawfirm.com
Telephone 719.635.5886
Fax 719.635.0966

**ATTORNEY FOR PLAINTIFF DONNA BURKHEAD**

*s/Jack M. Englert, Jr.*
Jack M. Englert, Jr.
HOLLARD & HART, LLP
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, Colorado 80111
Email: JEnglert@hollandhart.com
Telephone 303.290.1087
Fax 303.290.1606

**ATTORNEYS FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA**

#
#
#

5069656_1.DOCX