IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02514-RPM

DONNA BURKHEAD f/k/a DONNA FAHRENKRUG,

    Plaintiff,

v.

CIGNA CORORATION d/b/a LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER
_____

On May 27, 2011, the defendant filed a motion for a protective order with supporting brief relating to the plaintiff's interrogatories, request for production and request for admissions.  The plaintiff filed her reply on June 16, 2011, and the defendant replied on June 30, 2011.   Considering these filings and the narrow scope of permitted discovery under ERISA, it is

    ORDERED that the defendant's motion is granted.

    DATED:   July 11th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge