IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02514-RPM

DONNA BURKHEAD f/k/a DONNA FAHRENKRUG,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered April 13, 2012, and the Stipulation Regarding the Amount of STD Benefits filed by the parties on May 3, 2012, it is

ORDERED that the Clerk is directed to enter final judgment for Plaintiff Donna Burkhead f/k/a Donna Fahrenkrug, and against Defendant Life Insurance Company of North America in the sum of $7,224.00 and awarding plaintiff her costs.

DATED: May 4th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge