IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02514-RPM

DONNA BURKHEAD f/k/a DONNA FAHRENKRUG,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

_____

ORDER DEFERRING RULING ON MOTION FOR ATTORNEY FEES
_____

    Plaintiff having filed a notice of appeal, it is

    ORDERED that ruling on Plaintiff's Motion for Award of Attorney Fees [34] is deferred pending appeal.

    DATED: June 7th, 2012

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior Judge